➧AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

APR 1 5 2008
CHRIS R. JOHNSON, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joe Arreola | ) | Case No: 2:07CR20014 |
|  | ) | USM No: 07880-010 |
| Date of Previous Judgment: August 16, 2007 | ) | pro se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's sentence and guideline range were based on methamphetamine and not crack cocaine, therefore, the amendment to the sentencing guidelines has no application to this case.

Except as provided above, all provisions of the judgment dated __08/16/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 15, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title